Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       clb@slwlaw.com
Attorneys for Plaintiff, U.S. Bank National Association,
as Trustee, Successor in Interest to Bank of America
National Association as Successor by Merger
to Lasalle Bank National Association as Trustee
for Certificateholders of Bear Stearns Asset
Backed Securities I LLC Asset-Backed
Certificates Series 2005-HE8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET-BACKED CERTIFICATES SERIES 2005-HE8, <br><br> Plaintiff, <br> v. <br><br> LVDG, LLC, a Nevada limited liability company; MOUNTAIN GATE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; MELINDA HARRIS, an individual, EXCELL HARRIS, an individual, <br><br> Defendants. | CASE NO.: 2:16-cv-02158-RFB-NJK <br><br> STIPULATION RE: U.S. BANK'S OPPOSITION TO DEFENDANT MOUNTAIN GATE AT SUNRISE MOUNTAIN HOA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT <br><br> [FIRST REQUEST] |

Plaintiff U.S. Bank National Association, solely as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to Lasalle Bank National Association as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificates Series 2005-HE8, ("U.S. Bank, as Trustee"), by and through its counsel of record Kent Larsen, Esq. and Christopher Benner, Esq. of the law firm of Smith Larsen & Wixom, and Defendant Mountain Gate at Sunrise Mountain HOA, ("Sunrise") by and through its counsel of record Kaleb. D. Anderson, Esq. and Julie A. Funai, Esq., of the law firm of Lipson, Neilson, Cole, Seltzer & Garin, P.C., agree and stipulate as follows:

1. Sunrise filed the Motion to Dismiss First Amended Complaint ("the Motion") on November 10, 2016 [Dkt. #18];

2. U.S. Bank's Opposition to the Motion is due November 27, 2016.

3. Due to the intervening holiday and previously arranged travel, U.S Bank's counsel has requested, and Sunrise has agreed to, a proposed extension of the above deadline to December 2, 2016.

THEREFORE, the above-referenced parties stipulate as follows:

1. U.S. Bank's Opposition to the Motion shall be filed on or before December 2, 2016; and the Reply brief of Sunrise shall be calendared based upon the actual filing date of U.S. Bank's Opposition.

2. No other calendared dates are being extended at this time.

This is the first request to extend the due date of U.S. Bank's Opposition, and is not intended to delay these proceedings. This request will not cause any prejudice to the parties in this matter.

SMITH LARSEN & WIXOM

By: /s/ *Christopher Benner*
Kent F. Larsen, Esq. (SBN 3462)
Christopher L. Benner, Esq. (SBN 8963)
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
clb@slwlaw.com; kfl@slwlaw.com

*Attorneys for Plaintiff U.S. Bank*

LIPSON, NIELSON, COLE, SELTZER & GARIN P.C.

By: _____
Kaleb D. Anderson, Esq. (SBN 7582)
Julie A. Funai, Esq. (SBN 8725)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Tel: 702-382-1500
Fax: 702-382-1512
kanderson@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for Defendant Mountain Gate at Sunrise Mountain HOA*

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 29th day of November, 2016.

U.S. Bank N.A. v. LVDG, LLC
2:16-cv-02158-RFB-NJK